**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

YUSEF TOURAY,

      Petitioner,

                                        Case No. 1:25-cv-683

    v.

ROBERT K. LYNCH,                  **JUDGE DOUGLAS R. COLE**
                                     **Magistrate Judge Gentry**

      Respondent.

## <u>ORDER REGARDING GENERAL ORDER 25-04</u>

Effective October 29, 2025, United States District Court for the Southern District of Ohio General Order 25-04, <u>*as amended*</u>, ORDERED that all civil litigation involving as a party the United States of America, its agencies, its officers or employees, … be immediately suspended, postponed, and held in abeyance continuing for a period of fourteen (14) days from October 29, 2025. Habeas corpus cases pending or filed under Chapter 153 of Title 28 are expressly exempted from the amended General Order. **Thus, the instant case is not stayed and remains active.**

      **SO ORDERED.**

November 10, 2025
**DATE**                                   **DOUGLAS R. COLE**
                                         **UNITED STATES DISTRICT JUDGE**